IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 12-3055 |
| | ) |
| MICHAEL WHEELOCK, JESSIE WHEELOCK, STATEWIDE INDEPENDENT LIVING COUNCIL OF ILLINOIS, HARRIS, N.A. AND CITY OF LINCOLN, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case.  The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court.  The Court, having reviewed the relevant materials, finds as follows:

1.  The common address and legal description of the real estate at issue:

> 352 5th Street, Lincoln, Illinois 62656
>
> Beginning at a point 522 feet West from the Southwest corner of Block 2 in West Lincoln, Logan County, Illinois, now a part of the City of Lincoln and on the North side of

Fifth Street and running from said point North 153 feet to the alley; thence East parallel with Fifth Street 32 feet; thence South 153 feet to the North line of Fifth Street; thence West along the North Line of Fifth Street 32 feet to the place of beginning, being 32 feet front on Fifth Street by 153 feet in depth to the alley.  (Lot 9 of Abstracter's Plat)

PIN No. 54-12-315-009-00

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over Defendants Michael Wheelock and Jessie Wheelock who are personally liable to Plaintiff for the deficiency from the sale.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. A deficiency judgment be and the same is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, ACTING THROUGH RURAL DEVELOPMENT, and against Defendants, Michael Wheelock and Jessie Wheelock, in personam, in the amount of $29,217.24, and that execution may issue in accordance with the law.

C.  The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the Defendants signing the promissory note secured by the mortgage foreclosed herein the deficiency set forth in the Report of Sale.

D.  The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 15-1509(a).

E.  The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

F.  There is no just reason to delay enforcement of or appeal from this final order.

ENTER: December 6, 2012.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE